United States Bankruptcy Court
District of Nevada

In re:                                                                                                       Case No. 21-13280-abl
NICOLE CATHERINE-ADELL ST. JACQUES                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                                  User: admin                                  Page 1 of 5
Date Rcvd: Sep 21, 2021                         Form ID: 318                               Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol    Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NICOLE CATHERINE-ADELLE ST. JACQUES, 3745 EDISON AVE, Las Vegas, NV 89121-3405 |
| aty | + | CHRISTOPHER PATRICK BURKE, 218 S MARYLAND PKY., LAS VEGAS, NV 89101-5319 |
| 11519072 | + | ALPHA REECOVERY CORP., Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, 6912 S. QUENTIN ST. SUITE 10, Englewood, CO 80112-4531 |
| 11519075 | + | ANTHONY DEMARTINO, ESQ., Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, 10161 PARK RUN DR.,, SUITE 150 Las Vegas, NV 89145-8872 |
| 11519074 | + | ANTHONY DEMARTINO, ESQ., Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, P.O.BOX 109032, Chicago, IL 60610-9032 |
| 11519077 | + | ARSTRAT, Acct No B12614562, ATTN:MANAGING AGENT, 9800 CENTRE PARKWAY #1100, Houston, TX 77036-8263 |
| 11519079 | + | BEVERLY M. YEE, M.D., Acct No x3114, ATTN:MANAGING AGENT, P.O.BOX 50864, Henderson, NV 89016-0864 |
| 11519080 | | BIO REFERENCE LABORATORIES, Acct No xxxxxxxxx-2007, ATTN:MANAGING AGENT, P.O.BOX 21134, New York, NY 10087-1134 |
| 11519081 | + | C-TON LABORATORY, Acct No x0576, ATTN:MANAGING AGENT, P.O.BOX 609, Redondo Beach, CA 90277-0609 |
| 11519088 | + | CHEMISYS LABORATORIES, Acct No xxxxxxxxx-2007, C/O BIO REFERENCE, ATTN:MANAGING AGENT, 481 EDWARD H. ROSS DRIVE Elmwood Park, NJ 07407-3128 |
| 11519089 | | CITI CARD, Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, 580 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108 |
| 11519090 | + | CITI CARDS, Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, P.O.BOX 6007, Sioux Falls, SD 57117-6007 |
| 11519096 | | CREDIT CONTROL, LLC, Acct No xxxxxxxxxxxx1652, ATTN:MANAGING AGENT, P.O.BOX 31179, Tampa, FL 33631-3179 |
| 11519097 | + | CREDIT CONTROLL, LLC, Acct No xxxxxxxxxxxx6866, ATTN:MANAGING AGENT, P.O.BOX 160, Hazelwood, MO 63042-0160 |
| 11519100 | + | CUZCO CAPITAL, Acct No xxxx-xxxx-xxxx-9763, ATTN:MANAGING AGENT, 11601 BISCAYNE BLVD. SUITE 306, Miami, FL 33181-3151 |
| 11519101 | + | DESERT RADIOLOGY, Acct No xxxxxxx-xxxRT-DS, ATTN:MANAGING AGENT, P.O.BOX 3057, Indianapolis, IN 46206-3057 |
| 11519102 | + | DIAGNOSTIC OF MEDICINE, Acct No xx0110, ATTN:MANAGING AGENT, P.O.BOX 50590, Henderson, NV 89016-0590 |
| 11519103 | + | DISCOVER, Acct No xxxx-xxxx-xxxx-4331, ATTN:MANAGING AGENT, P.O.BOX 30923, Salt Lake City, UT 84130-0923 |
| 11519106 | + | FINWISE RISE, Acct No xxx6385, ATTN:MANAGING AGENT, P.O.BOX 101808, Fort Worth, TX 76185-1808 |
| 11519109 | | FORTIVA, Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, P.O.BOX 650847, Dallas, TX 75265-0847 |
| 11519111 | + | FRONTLINE ASSET STRATEGIES, Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, DEPT 473, P.O.BOX 4115 Concord, CA 94524-4115 |
| 11519114 | + | GUGLIELMO & ASSOCIATES, PLLC, Acct No xxxx-xxxx-xxxx-4331, ATTN:MANAGING AGENT, 415 SOUTH SIXTH ST., SUITE 320 Las Vegas, NV 89101-6940 |
| 11519117 | + | INTOUCH CREDIT UNION, Acct No xxxxxx8223, ATTN:MANAGING AGENT, P.O.BOX 495937, Cincinnati, OH 45249-5937 |
| 11519118 | + | INVESTINET, LLC, Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, 910 PINCKNEY STREET, Greenville, SC 29609-5806 |
| 11519119 | + | JOSEPH NOLD, ATTN:MANAGING AGENT, 3030 S. JONES BLVD. SUITE 105, Las Vegas, NV 89146-6793 |
| 11519121 | + | KEVIN LARCHER, ATTN:MANAGING AGENT, 1112 ASPEN CLIFF DRIVE, Henderson, NV 89011-2538 |
| 11519122 | + | LAB GENOMICS LLC, Acct No x9923, ATTN:MANAGING AGENT, 11160 WARNER AVE SUITE 415, Fountain Valley, CA 92708-4056 |
| 11519130 | + | MRS ASSOCIATES, Acct No xxxx-xxxx-xxxx-6271, ATTN:MANAGING AGENT, 1930 OLNEY AVE., Cherry Hill, NJ 08003-2016 |
| 11519135 | + | NEUROLOGY SPECIALISTS, Acct No x2582, ATTN:MANAGING AGENT, 2020 E DESERT INN RD, Las Vegas, NV 89169-3211 |
| 11519138 | + | PACIFIC DIAGNOSTIC LABORATORIES, Acct No xx6410, ATTN:MANAGING AGENT, FILE 749193, Los Angeles, CA 90074-0001 |
| 11519136 | + | PACIFIC DIAGNOSTIC LABORATORIES, Acct No xx4764, ATTN:MANAGING AGENT, FILE 749193, Los Angeles, CA 90074-0001 |
| 11519137 | + | PACIFIC DIAGNOSTIC LABORATORIES, Acct No xx5836, ATTN:MANAGING AGENT, FILE 749193, Los Angeles, CA 90074-0001 |
| 11519141 | + | PREMIERE CREDIT OF NORTH AMERICA, LLC, Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, P.O.BOX 19309, Indianapolis, IN 46219-0309 |
| 11519142 | + | QUEST DIAGNOSTICS, Acct No xxxxxx4236, ATTN:MANAGING AGENT, P.O.BOX 33720, Detroit, MI 48232-3720 |
| 11519143 | + | RADIUS GLOBAL SOLUTIONS, Acct No xxxx-xxxx-xxxx-4112, ATTN:MANAGING AGENT, P.O.BOX 390916, Minneapolis, MN 55439-0911 |

| District/off: 0978-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | |
|---|---|---|
| 11519144 | + | RADIUS GLOBAL SOLUTIONS LLC, Acct No xxxx-xxxx-xxxx-4112, ATTN:MANAGING AGENT, 9550 REGENCY SQUARE BLVD., SUITE 602 Jacksonville, FL 32225-8116 |
| 11519145 | | RUSHMORE SERVICE CENTER, Acct No xxxx-xxxx-xxxx-4112, ATTN:MANAGING AGENT, P.O.BOX 5508, Sioux Falls, SD 57117-5508 |
| 11519146 | | ST ROSE PEDIATRICS, Acct No x1421, ATTN:MANAGING AGENT, P.O.BOX 50105, Henderson, NV 89016-0105 |
| 11519069 | + | State of Nevada, Dept. of, Employment Security, 500 E. 3Rd. Street, Carson City, NV 89713-0002 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BSDKROHN.COM | Sep 22 2021 03:28:00 | SHELLEY D KROHN, PO Box 34690, LAS VEGAS, NV 89133-4690 |
| ust | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Sep 21 2021 23:29:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11519073 | + EDI: RMCB.COM | Sep 22 2021 03:28:00 | AMERICAN MEDICAL COLLECTION AGENCY, Acct No xxxx8296, ATTN:MANAGING AGENT, 4 WESTCHESTER PLAZA, SUITE 110, Elmsford, NY 10523-1615 |
| 11519076 | EDI: ARSN.COM | Sep 22 2021 03:28:00 | ARS NATIONAL SERVICES, INC., Acct No xxxxxxxxxxxx1652, ATTN:MANAGING AGENT, P.O.BOX 469100, Escondido, CA 92046-9100 |
| 11519078 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 21 2021 23:29:00 | BANK OF MISSOURI (FORTIVA), Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, P.O.BOX 105341, Atlanta, GA 30348-5341 |
| 11519082 | + EDI: CAPITALONE.COM | Sep 22 2021 03:28:00 | CAPITAL ONE, Acct No xxxx-xxxx-xxxx-4543, ATTN:MANAGING AGENT, P.O.BOX 30285, Salt Lake City, UT 84130-0285 |
| 11519083 | + EDI: CAPITALONE.COM | Sep 22 2021 03:28:00 | CAPITAL ONE BANK, Acct No xxxx-xxxx-xxxx-7214, ATTN:MANAGING AGENT, P.O.BOX 30285, Salt Lake City, UT 84130-0285 |
| 11519084 | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:30:00 | CAVALRY PORTFOLIO SERV., Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, 500 SUMMIT LAKE DR. #400, Valhalla, NY 10595-2322 |
| 11519085 | Email/Text: bankruptcy@cavps.com | Sep 21 2021 23:30:00 | CAVALRY PORTFOLIO SERVICE, Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, P.O.BOX 27288, Tempe, AZ 85285 |
| 11519091 | Email/Text: CPLBilling@cpllabs.com | Sep 21 2021 23:29:00 | CLINICAL PAHOLOGY LABORATORIES INC., Acct No xxxx8318, ATTN:MANAGING AGENT, P.O.BOX 141669, Austin, TX 78714-1669 |
| 11519092 | Email/Text: CPLBilling@cpllabs.com | Sep 21 2021 23:29:00 | CLINICAL PATHOLOGY LABORATORIES, INC., Acct No xxxx8296, ATTN:MANAGING AGENT, P.O.BOX 141669, Austin, TX 78714-1669 |
| 11519093 | EDI: WFNNB.COM | Sep 22 2021 03:28:00 | COMENITY-EXPRESS, Acct No xxxxx5966, ATTN:MANAGING AGENT, P.O.BOX 659728, San Antonio, TX 78265-9728 |
| 11519095 | + EDI: WFNNB.COM | Sep 22 2021 03:28:00 | COMMENNITY BANK, Acct No xxxxx5966, ATTN:MANAGING AGENT, P.O.BOX 182125, Columbus, OH 43218-2125 |
| 11519094 | + EDI: WFNNB.COM | Sep 22 2021 03:28:00 | COMMENNITY BANK, Acct No xxxxxxxxxxxx1140, ATTN:MANAGING AGENT, P.O.BOX 182125, Columbus, OH 43218-2125 |

| District/off: 0978-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| 11519098 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 23:44:25 | CREDIT ONE BANK, Acct No xxxx-xxxx-xxxx-5399, ATTN:MANAGING AGENT, P.O.BOX 98873, Las Vegas, NV 89193-8873 |
| 11519099 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2021 23:44:25 | CREDIT ONE BANK, Acct No xxxx-xxxx-xxxx-5399, ATTN:MANAGING AGENT, P.O.BOX 98878, Las Vegas, NV 89193-8878 |
| 11519104 | | EDI: DISCOVER.COM | Sep 22 2021 03:28:00 | DISCOVER BANK, Acct No xxxx-xxxx-xxxx-4331, ATTN:MANAGING AGENT, P.O.BOX 15316, Wilmington, DE 19850 |
| 11519124 | + | EDI: CITICORP.COM | Sep 22 2021 03:28:00 | MACYS, Acct No xxxxxxxxxxxx1652, ATTN:MANAGING AGENT, P.O.BOX 8058, Mason, OH 45040 |
| 11519105 | | EDI: CKSFINANCIAL.COM | Sep 22 2021 03:28:00 | FINANCIAL RESPONSIBLE DEBT COLLECTION, Acct No xxxx-xxxx-xxxx-9414, ATTN:MANAGING AGENT, P.O.BOX 2856, Chesapeake, VA 23327-2856 |
| 11519108 | | EDI: AMINFOFP.COM | Sep 22 2021 03:28:00 | FIRST PREMIER BANK, Acct No xxxx-xxxx-xxxx-4112, ATTN:MANAGING AGENT, P.O.BOX 5519, Sioux Falls, SD 57117-5519 |
| 11519107 | + | EDI: AMINFOFP.COM | Sep 22 2021 03:28:00 | FIRST PREMIER BANK, Acct No xxxx-xxxx-xxxx-4112, ATTN:MANAGING AGENT, 3820 N. LOUISE AVE., Sioux Falls, SD 57107-0145 |
| 11519110 | + | Email/Text: Banko@frontlineas.com | Sep 21 2021 23:30:00 | FRONTLINE ASSET STRATEGIES, Acct No xxxx-xxxx-xxxx-3847, ATTN:MANAGING AGENT, 2700SNELLING AVE. N., SUITE 250, Saint Paul, MN 55113-1783 |
| 11519113 | | EDI: PHINGENESIS | Sep 22 2021 03:28:00 | GENESIS FS GARD SERVICES, Acct No xxxx-xxxx-xxxx-9763, ATTN:MANAGING AGENT, P.O.BOX 23039, Columbus, GA 31902-3039 |
| 11519112 | + | EDI: PHINGENESIS | Sep 22 2021 03:28:00 | GENESIS FS GARD SERVICES, Acct No xxxx-xxxx-xxxx-9763, ATTN:MANAGING AGENT, P.O.BOX 4477, Beaverton, OR 97076-4401 |
| 11519067 | | EDI: IRS.COM | Sep 22 2021 03:28:00 | IRS, INTERNAL REVENUE SERVICE, STOP 5028, 110 CITY PARKWAY, Las Vegas, NV 89106 |
| 11519116 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 21 2021 23:29:00 | INTOUCH CREDIT UNION, Acct No xxxxxx8223, ATTN:MANAGING AGENT, P.O.BOX 250169, Plano, TX 75025-0169 |
| 11519115 | + | Email/Text: BKNOTICING@ITCU.ORG | Sep 21 2021 23:29:00 | INTOUCH CREDIT UNION, Acct No xxxx7891, ATTN:MANAGING AGENT, P.O.BOX 250169, Plano, TX 75025-0169 |
| 11519087 | | EDI: JPMORGANCHASE | Sep 22 2021 03:28:00 | CHASE, Acct No xxxx-xxxx-xxxx-6271, ATTN:MANAGING AGENT, P.O.BOX 15298, Wilmington, DE 19850-5298 |
| 11519086 | | EDI: JPMORGANCHASE | Sep 22 2021 03:28:00 | CHASE, Acct No xxxx-xxxx-xxxx-6271, ATTN:MANAGING AGENT, P.O.BOX 15548, Wilmington, DE 19886-5548 |
| 11519120 | | EDI: JPMORGANCHASE | Sep 22 2021 03:28:00 | JPMCB, Acct No xxxx-xxxx-xxxx-6271, ATTN:MANAGING AGENT, P.O.BOX 15369, Wilmington, DE 19850 |
| 11519123 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2021 23:44:16 | LVNV FUNDING LLC, Acct No xxxx-xxxx-xxxx-5399, ATTN:MANAGING AGENT, P.O.BOX 1269, Greenville, SC 29602-1269 |
| 11519128 | + | EDI: MID8.COM | | |

| District/off: 0978-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| 11519125 | + | EDI: MID8.COM | Sep 22 2021 03:28:00 | MIDLAND CREDIT MANAGEMENT, Acct No xxxxxxxxxxxx2040, ATTN:MANAGING AGENT, 320 EAST BIG BEAVER, SUITE 300, Troy, MI 48083-1271 |
| 11519126 | + | EDI: MID8.COM | Sep 22 2021 03:28:00 | MIDLAND CREDIT MANAGEMENT, Acct No xxxxxxxxxxxx1140, ATTN:MANAGING AGENT, 320 EAST BIG BEAVER, SUITE 300, Troy, MI 48083-1271 |
| 11519129 | + | EDI: MID8.COM | Sep 22 2021 03:28:00 | MIDLAND CREDIT MANAGEMENT, Acct No xxxx-xxxx-xxxx-7214, ATTN:MANAGING AGENT, 320 EAST BIG BEAVER SUITE 300, Troy, MI 48083-1271 |
| 11519127 | + | EDI: MID8.COM | Sep 22 2021 03:28:00 | MIDLAND CREDIT MANAGEMENT, Acct No xxxx-xxxx-xxxx-4543, ATTN:MANAGING AGENT, 320 EAST BIG BEAVER SUITE 300, Troy, MI 48083-1271 |
| 11519134 | | Email/Text: usbknotice@ncc.us | Sep 22 2021 03:28:00 | MIDLAND CREDIT MANAGEMENT, Acct No xxxxx5966, ATTN:MANAGING AGENT, 350 CAMMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 11519131 | | Email/Text: usbknotice@ncc.us | Sep 21 2021 23:29:00 | NATIONWIDE CREDIT & COLLECTION, LLC., Acct No xx6410, ATTN:MANAGING AGENT, C/O EVERGREEN BANK GROUP, P.O.BOX 3219, Hinsdale, IL 60522-3219 |
| 11519132 | | Email/Text: usbknotice@ncc.us | Sep 21 2021 23:29:00 | NATIONWIDE CREDIT & COLLECTION, Acct No xx4764, ATTN:MANAGING AGENT, 815 COMMERCE DR., SUITE 270, Oak Brook, IL 60523 |
| 11519133 | | Email/Text: usbknotice@ncc.us | Sep 21 2021 23:29:00 | NATIONWIDE CREDIT & COLLECTION, Acct No xx5836, ATTN:MANAGING AGENT, 815 COMMERCE DR., SUITE 270, Oak Brook, IL 60523 |
| 11519071 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Sep 21 2021 23:29:00 | NATIONWIDE CREDIT & COLLECTION, Acct No xx6410, ATTN:MANAGING AGENT, 815 COMMERCE DR., SUITE 270, Oak Brook, IL 60523 |
| 11519070 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Sep 21 2021 23:30:00 | NEVADA DEPT. OF TAXATION, BANKRUPTCY DIVISION, 555 E. WASHINGTON #1300, Las Vegas, NV 89101-1046 |
| 11519139 | | EDI: PRA.COM | Sep 21 2021 23:29:00 | OFFICE OF TRUSTEE, 300 LAS VEGAS BLVD. SO. #4300, Las Vegas, NV 89101-5803 |
| 11519140 | | EDI: PRA.COM | Sep 22 2021 03:28:00 | PORTFOLIO RECOVERY, Acct No xxxxxxxxxxxx6866, ATTN:MANAGING AGENT, 120 CORPORATE BLVD., Norfolk, VA 23502 |
| 11519147 | | Email/PDF: HCABKNotifications@resurgent.com | Sep 22 2021 03:28:00 | PORTFOLIO RECOVERY, Acct No xxxxxxxxxxxx6866, ATTN:MANAGING AGENT, P.O.BOX 12914, Norfolk, VA 23541-0914 |
| 11519148 | + | EDI: RMSC.COM | Sep 21 2021 23:44:22 | SUNRISE HOSPITAL, Acct No xxxxx1817, ATTN:MANAGING AGENT, P.O.BOX 740766, Cincinnati, OH 45274-0766 |
| 11519149 | | EDI: RMSC.COM | Sep 22 2021 03:28:00 | SYNCB/AMAZON, Acct No xxxxxxxxxxxx6866, ATTN:MANAGING AGENT, P.O.BOX 965016, Orlando, FL 32896-5016 |
| 11519150 | + | EDI: RMSC.COM | Sep 22 2021 03:28:00 | SYNCHRONY BANK, Acct No xxxxxxxxxxxx2040, ATTN:MANAGING AGENT, PO Box 965064, Orlando, FL 32896-5064 |
| | | | Sep 22 2021 03:28:00 | SYNCHRONY BANK/ BABIES 'R' US, Acct No xxxxxxxxxxxx2040, ATTN:MANAGING |

| District/off: 0978-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: 318 | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| | | | | AGENT, P.O.BOX 965016, Orlando, FL 32896-5016 |
| 11519151 | EDI: RMSC.COM | Sep 22 2021 03:28:00 | | SYNCHRONY BANK/AMAZON, Acct No xxxxxxxxxxxx6866, ATTN:MANAGING AGENT, P.O.BOX 960013, Orlando, FL 32896-0013 |
| 11519152 | EDI: WFNNB.COM | Sep 22 2021 03:28:00 | | VICTORIAS SECRET, Acct No xxxxxxxxxxxx1140, ATTN:MANAGING AGENT, P.O.BOX 659728, San Antonio, TX 78265-9728 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11519068 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, INTERNAL REVENUE SERVICE, STOP 5028, 110 CITY PARKWAY, Las Vegas, NV 89106 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2021           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER PATRICK BURKE | on behalf of Debtor NICOLE CATHERINE-ADELLE ST. JACQUES atty@cburke.lvcoxmail.com |
| SHELLEY D KROHN | shelley@trusteekrohn.com  NV27@ecfcbis.com;becca@trusteekrohn.com;jan@trusteekrohn.com;candace@trusteekrohn.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **NICOLE CATHERINE-ADELLE ST. JACQUES** | | Social Security number or ITIN | xxx-xx-6385 |
| | First Name   Middle Name   Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | | | |
| Case number:  **21-13280-abl** | | | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

NICOLE CATHERINE-ADELLE ST. JACQUES

<u>9/21/21</u>                                                  **By the court:**     <u>Mary A. Schott</u>
                                                                                        Clerk of Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                     **Order of Discharge**                                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---