NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
NICOLE CATHERINE–ADELLE ST. JACQUES

BK–21–13280–abl  
CHAPTER 7

Debtor(s)  FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that SHELLEY D KROHN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 9/24/21

*Mary A Schott*

Mary A. Schott  
Clerk of Court